UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HENDERSON FORD          CIVIL ACTION

                                        18-5688

vs                      CASE NO

                                        SECT. F MAG. 1

ALLWAY LOUNGE           SECTION


COMPLAINT


JURISDICTION
Americans with Disabilities Act of 1990, 42:12181 And 42:12182


SUPPLEMENTAL JURISDICTION
Louisiana Civil Rights For Person with Disabilities Act; RS 46:2253.
And RS 46:2256(A)


PARTIES
   PLAINTIFF  Henderson Ford

   DEFENDANT  Allway Lounge

✓ Fee  pauper
__ Process
X  Dktd
__ CtRmDep
__ Doc. No.

# Complaint

(1) Plaintiff contend that on or about February 28, 2018 Plaintiff try to go in Allways Lounge but was denied access to the business because the business do not have a handicapp ramp for a person in a wheelchair.

(2) Plaintiff contend that he is handicapp because his right leg is cutoff six(6) inches below his knee.

(3) On March 1, 2018 Plaintiff mailed to the Defendant a Notice of Action, explaining to the Defendant how he is violating the American with Disabilities Act.

(4) Plaintiff contend that the Defendant never answer or respond to the Notice of Action.

(5) On April 11, 2018 Plaintiff sent the a second Notice of Action, and if the Defendant do not respond by April 27, 2018, a civil action will be filed against your business.

(6) Plaintiff contend that the Defendant never answer or respond to the second Notice of Action.

(7) Plaintiff contend that the Defendant denied Plaintiff to the services, goods and his enjoyment of to got

life or go freely to and out of place of public accommodation

## RELIEF

(8) The Defendant to pay all court cost

(9) Plaintiff request trial by Jury

(10) The Defendant to pay Plaintiff Twenty-Five Thousand dollars for disturbing with his enjoyment of life

(11) The Defendant to pay Plaintiff Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under American with Disabilities Act.

(12) The Defendant to pay Plaintiff Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under Louisiana civil rights for person with Disabilities Act

(13) Plaintiff be awarded cost 6-6-18

Respectfully submitted

Henderson F

Henderson Ford
2416 N. Dorgenois St APFC
New Orleans, La 70119
(504) 900-8870