UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Henderson Fine
**PLAINTIFF(S)**

VERSUS

Always Lounge
**DEFENDANT(S)**

CIVIL ACTION

No. 18-5688

SECTION: F-1

## ORDER

Considering the Motion __To Dismiss__,

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this __19th__ day of __September__, 20__18__.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE